Argued and submitted March 12, affirmed May 14, 1986

In the Matter of the Compensation of
Timothy R. Puderbaugh, Claimant.
## PUDERBAUGH,
*Petitioner,*

*v.*

## WOODLAND PARK HOSPITAL et al,
*Respondents.*

(84-07461; CA A36790)

719 P2d 65

William H. Schultz, Portland, argued the cause for petitioner. With him on the brief was Pozzi, Wilson, Atchison, O'Leary & Conboy, Portland.

Yvonne P. Meekcoms, Portland, argued the cause for respondents. With her on the brief were Bruce L. Byerly and Moscato & Byerly, Portland.

Before Richardson, Presiding Judge, and Warren and Deits, Judges.

PER CURIAM

## PER CURIAM

The issue in this workers' compensation case is whether claimant's injury is compensable. He injured himself while playing softball on a team sponsored by his employer. The referee concluded that the injury was compensable; the Board reversed. Applying the analysis we used in *Rose v. Argonaut Ins. Co.,* 77 Or App 167, 711 P2d 218 (1985), and *Richmond v. SAIF,* 58 Or App 354, 648 P2d 370, *rev den* 293 Or 634 (1982), to the facts here, we conclude, on *de novo* review, that his injury did not arise "out of and in the course of employment." ORS 656.005(8)(a). It is therefore not compensable.

Affirmed.